IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MICHELLE TUCKER,

    Plaintiff,                                            Case No.: 3:17-cv-264

vs.

COMMISSIONER OF SOCIAL SECURITY,     Magistrate Judge Michael J. Newman
                                                                 (Consent case)

    Defendant.

**ORDER AND ENTRY: (1) APPROVING THE PARTIES' JOINT STIPULATION (DOC. 15) FOR AN AWARD UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA"); AND (2) AWARDING EAJA ATTORNEY'S FEES, COSTS AND EXPENSES IN THE AMOUNT OF $4,600.00**

        This Social Security disability benefits appeal is before the Court on the parties' joint stipulation in which they agree that Plaintiff should be awarded attorney's fees, costs, and expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d), in the total amount of $4,600.00. Doc. 15. There being no dispute that all requirements are met for the reasonable award of EAJA fees, the Court: (1) **APPROVES** the parties' joint stipulation for an EAJA award (doc. 15); and (2) **AWARDS** Plaintiff EAJA fees, costs, and expenses in the amount of $4,600.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

        **IT IS SO ORDERED.**

Date:  April 27, 2018                                 *s/ Michael J. Newman*
                                                               Michael J. Newman
                                                               United States Magistrate Judge